IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| HANOVER INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 3:14-cv-00288 |
| v. | ) | |
| | ) | |
| TERESA A. LYLE, in her Representative | ) | Judge Nixon |
| Capacity as Administratrix C.T.A. of the Estate | ) | Magistrate Judge Knowles |
| Of Nannie P. Malone, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Pursuant to 28 U.S.C. § 294(b), the undersigned is unable or unwilling to undertake this matter. Accordingly, I hereby **RECUSE** myself and return this case to the Clerk of Court for reassignment to another judge.

It is so ORDERED.

Entered this the \_\_5\_\_ day of August, 2014.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT