UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| HANOVER INSURANCE COMPANY | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:14-0288 |
| | ) | Magistrate Judge Knowles |
| TERESA A. LYLE, et al. | ) | |

## **O R D E R**

This action has been reassigned to the Honorable William J. Haynes, Jr., upon the recusal of the Honorable John T. Nixon (Docket No. 23). The Initial Case Management Order was entered April 7, 2014 (Docket No. 14). A review of the docket shows the Clerk's Entry of Default against John E. Clemmons on May 21, 2014. Docket No. 19. The Plaintiff's Motion for Default Judgment against John E. Clemmons was filed June 18, 2014, which is still pending.

Absent further orders, there will be no further proceedings before the undersigned.

IT IS SO ORDERED.

_____
E. CLIFTON KNOWLES
United States Magistrate Judge