IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| HANOVER INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:14-cv-288 |
| ) | |
| JOHN E. CLEMMONS, et al., ) | Chief Judge Haynes |
| ) | |
| Defendants. ) | |

### ORDER

Before the Court is Plaintiff's motion for default judgment under Fed. R. Civ. P. 55(b) against Defendant John E Clemmons who has not filed a response. (Docket Entry No. 22).

On January 31, 2014, Hanover commenced this action, seeking a judicial declaration that Hanover does not owe a duty to defend or indemnify Clemmons in three state court actions that have been filed against him. In addition, Hanover seeks a rescission of the professional liability policy that it issued to Clemmons.

Clemmons was personally served on February 18, 2014 (Docket Entry No. 6) and has failed to file a response to the Complaint within the time period provided by law. On May 21, 2014, the Clerk of the Court entered a default against Clemmons pursuant to Rule 55(a) of the Federal Rules of Civil Procedure. Hanover is not seeking any monetary damages against Clemmons in this action.

Accordingly, Plaintiff's motion for a default judgment against Clemmons is **GRANTED**.

It is so **ORDERED**.

**ENTERED** this the 9th day of September, 2014.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court