UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| HANOVER INSURANCE COMPANY, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | NO. 3:14-cv-288 |
| v. | ) | JUDGE CRENSHAW |
| | ) | |
| | ) | |
| JOHN E. CLEMMONS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

Hanover Insurance Company's ("Hanover") Motions for Summary Judgment. (Doc. Nos. 29 and 32) are **GRANTED**.

The Clerk is directed to enter judgment for Hanover in accordance with Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE